■ In the Matter of CARL SIMON, Petitioner, v ANTHONY ANNUCCI, Acting Commissioner of the New York State Department of Corrections and Community Supervision, Respondent. [4 NYS3d 900]—Proceeding pursuant to CPLR article 78 in the nature of mandamus to compel the respondent Anthony Annucci, Acting Commissioner of the New York State Department of Corrections and Community Supervision, to protect the petitioner while he is in prison, and application by the petitioner to prosecute the proceeding as a poor person.

Ordered that the application for leave to prosecute the proceeding as a poor person is granted to the extent that the filing fee imposed by CPLR 8022 (b) is waived, and the application is otherwise denied as academic; and it is further,

Adjudged that the petition is dismissed, without costs or disbursements.

This Court does not have subject matter jurisdiction to entertain this proceeding (see CPLR 506 [b]; 7804 [b]). Dillon, J.P., Dickerson, Duffy and Barros, JJ., concur.